IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VICTOR A. LOPEZ,

       Appellant,

                                  Case No. 5D22-2484

v.                                  LT Case No. 2020-300981-CFDB

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed June 13, 2023

Appeal from Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Matthew J. Metz, Public Defender, and
Louis A. Rossi, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, SOUD and KILBANE, JJ., concur.